**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF DECEMBER 9, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------------

WD77124      WU Building Investors, LLC vs. Watkins & Company Real Estate, Inc.
             D/B/A Watkins & Company, Inc. and Richard C. Watkins
WD77281      In the Interest of: C.E.B. & L.N.B.; Juvenile Officer; Missouri
             Children's Division vs. C.C.B. (Father)


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
-------------------------------------------------------------------

WD76959      State of Missouri vs. Brandon M. Roberts
WD77003      State of Missouri vs. Mark Black
WD77225      State of Missouri vs. Leilani Denney